# UNITED STATES DISTRICT COURT
## District of Minnesota

Edwin Caiza Ruiz

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00355-MJD-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS with modification** the Report and Recommendation of United States Magistrate Judge John F. Docherty filed January 21, 2026. **[Doc. 8.]** Petitioner’s emergency petition for writ of habeas corpus **[Doc. 1]** is **GRANTED**.

1. Respondents must immediately release Petitioner from detention into Minnesota pursuant to his Order of Release on Recognizance; and

2. Respondents are required to confirm Petitioner’s release from custody within forty-eight (48) hours from the date of this Order.

Date: 1/25/2026

KATE M. FOGARTY, CLERK