UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Edwin C. R.,

      Petitioner,

v.

Pamela Bondi, et al.,

      Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-00355 (MJD/JFD)

David L. Wilson, Gabriela Sophia Anderson, Wilson Law Group, Counsel for Petitioner.

Friedrich A. P. Siekert, Assistant United States Attorney, Counsel for Respondents.

On January 25, 2026, the Court granted Petitioner's emergency petition for writ of habeas corpus. [Doc. 11.] As part of that Order, Respondents were required to immediately release Petitioner from detention and to provide the Court with confirmation of that release within 48 hours. On January 30, 2026, Petitioner filed an emergency motion to enforce judgment. [Doc. 13.] Petitioner stated that while Respondents issued an order for release on recognizance, Respondents imposed several additional conditions upon him that had not been included in his previous order of release on recognizance. [Id.] He asked the

Court to restrict Respondents from issuing him a new order of release on recognizance that imposes new conditions beyond those contained in his previous order.  Respondents response to the motion was due by February 3, 2026.  [Doc. 18.]  Although Respondents missed that deadline, on February 6, Petitioner filed a declaration and status report stating that Respondents canceled the problematic conditions from Petitioner's order of release on recognizance and that the motion was now moot.  [Docs. 20, 21.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner Edwin C. R.'s Emergency Motion to Enforce Judgment **[Doc. 13]** is **DENIED as moot**; and

2. Petitioner Edwin C. R.'s Emergency Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: February 8, 2026                           s/Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court